AO91 (Rev. 12/03) Criminal Complaint        FELONY         AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Marco Antonio VELA-Cardenas<br>A036 750 703 Mexico<br>AKA Marco VELA, Marco Antonio VELA | Case Number: 1:20-MJ-355 |

United States District Court
Southern District of Texas
FILED

MAY - 3 2020

David J. Bradley, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 02, 2020__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 02, 2020. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on November 16, 2011. The defendant was convicted of Distribution of Cocaine and Aiding and Abetting on August 6, 2008. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

The defendant had $200 Mexican pesos in his possession at the time of his arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Peterson, Clayton E.    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

May 03, 2020                                        at    Brownsville, Texas
Date                                                      City/State

Ronald G. Morgan        U.S. Magistrate Judge
Name of Judge           Title of Judge               Signature of Judge